ARMOUR PACKING COMPANY v. LOVELL et al.

FISH, J. 1. An execution against "James E. Leps, agent for the Armour Packing Co.," is against James E. Leps alone, the words, "agent for," etc., being merely descriptio personæ. Maxwell v. Collier, 115 Ga. 304.

2. Where a party has an adequate remedy by claim, the successful prosecution of which would be as effectual as the equitable proceeding, he is not entitled to an injunction. Beysiegel v. Rome Mutual Loan Association 113 Ga. 1071.

Judgment affirmed. By five Justices.

Argued May 7, — Decided June 1, 1903.

Petition for injunction. Before Judge Gober. Fannin superior court. March 28, 1903.

Felder & Rountree and A. S. J. Hall, for plaintiff.

B. F. Simpson, contra.